# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-632
_____

MADISON D. SPAKOSKI,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and HARD
ROCK HOTEL & CASINO
HOLLYWOOD,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Frank E. Brown, Chairman.

March 11, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Madison D. Spakoski, pro se, Appellant.

Norman A. Blessing, General Counsel, and Amanda L. Neff, Deputy General Counsel and Chief Appellate Attorney, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.